# CASE ANNOUNCEMENTS

*October 23, 2009*

[Cite as *10/23/2009 Case Announcements #2*, 2009-Ohio-5611.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Logan.**
In Mandamus. It is ordered by the court, sua sponte, pursuant to S.Ct.Prac.R. X(11), that a master commissioner is appointed for the limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto. All orders previously entered by the court in this case establishing deadlines for briefing and the submission of evidence are hereby stayed pending further order of the court.

Cupp, J., not participating.

# CASE ANNOUNCEMENTS

*October 26, 2009*

[Cite as *10/26/2009 Case Announcements*, 2009-Ohio-5626.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–1497. Torrance v. Bealer.**
In Mandamus and Prohibition. On S.Ct.Prac.R.X(5) determination, cause dismissed.

Upon consideration of respondents' motion to declare relator a vexatious litigator, it is ordered by the court that the motion is granted, and Saint Torrance is found to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). Accordingly,

It is ordered by the court that Saint Torrance is prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Any request for leave shall be submitted to the Clerk of this court for the court's review.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2009–1518. Torrance v. Stearns.**
In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.

Upon consideration of respondents' motion to declare relator a vexatious litigator, it is ordered by the court that the motion is granted, and Saint Torrance is found to be a vexatious litigator under S.Ct.Prac. R. XIV(5)(B). Accordingly,

It is ordered by the court that Saint Torrance is prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Any request for leave shall be submitted to the Clerk of this court for the court's review.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2009–1529. Torrance v. Winkler.**
In Mandamus and Prohibition. On motions to dismiss. Motions to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.